# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>JULIAN TZOLOV and<br>ERIC BUTLER,<br><br>Defendants. | 08-370 (S-2) (JBW)<br><br>**AFFIDAVIT OF CONFESSION OF JUDGMENT** |

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

DIMITRE IVANOV, being duly sworn, deposes and says:

1. My friend, JULIAN TZOLOV, is a defendant in the above-captioned case.

2. It is my understanding that this Court has approved a bail agreement jointly proposed by the government and counsel to Mr. Tzolov (the "Bail Agreement"). Part of the Bail Agreement requires that certain assets be posted to secure an appearance bond in the amount of $3 million. One such asset is an apartment owned by me, which is located at 325 Fifth Avenue, Apartment 18B, in the County of New York, State of New York (the "Apartment").

3. In order to use the Apartment as security for the Bail Agreement, I hereby confess judgment and authorize entry thereof in the amount of $3 million in the event that the Court should determine that Mr. Tzolov has failed to meet the terms of the Bail Agreement.

4. The Apartment shall be the sole asset used in satisfaction of this confession of judgment.

_____
Dimitre Ivanov

Sworn to before me this
8th Day of September, 2008

_____
Notary Public

DENNIS CAIRNS
Notary Public, State of New York
No. 01CA6114237
Qualified in Queens County
Commission Expires August 9, ~~2008~~ 2012

-2-