

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DAS
F.#2008R00006

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 5, 2009

**BY HAND AND ECF**
The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Eric Butler & Julian Tzolov
          Criminal Docket No. 08-370 (JBW) (S-4)

Dear Judge Weinstein:

      The government respectfully requests that it be permitted to file <u>in limine</u> and 404(b) motions no later than June 26, 2009.  Counsel for both defendants consents to this request.

                Very truly yours,

                BENTON J. CAMPBELL
                UNITED STATES ATTORNEY
                EASTERN DISTRICT OF NEW YORK

    By:    _____/S/_____
           Greg D. Andres
           Daniel A. Spector
           John Nowak
           Assistant U.S. Attorneys
           (718)254-6273/6345/6097