

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GDA:DAS                              *271 Cadman Plaza East*
F.#2008R00006                        *Brooklyn, New York 11201*

June 25, 2009

**BY HAND AND ECF**
The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Eric Butler & Julian Tzolov
             Criminal Docket No. 08-370 (JBW) (S-4)

Dear Judge Weinstein:

        On June 10, 2009, the government filed a motion to
revoke bail and forfeit the bond for defendant Tzolov in the
above-captioned case.  The Court has requested that the
government recommend a receiver to administer the defendant's
property, which was posted as collateral on the bond.  David
Maltz has previously handled real property management and
liquidations on behalf of the government.  Mr. Maltz can be
reached at (516)349-7022, and is located at 155 Terminal Drive,
Plainview, NY 11803.

                          Respectfully Submitted,

                          BENTON J. CAMPBELL
                          UNITED STATES ATTORNEY
                          EASTERN DISTRICT OF NEW YORK


                     By:  _____/S/_____
                          Greg D. Andres
                          Daniel A. Spector
                          John Nowak
                          Assistant U.S. Attorneys
                          (718)254-6273/6345/6097


cc: Benjamin Brafman, Esq.
    Karen Newirth, Esq.
    Sean Casey, Esq.