DAS/JPN
F.# 2008R00006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 21 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JULIAN TZOLOV,

           Defendant,

- - - - - - - - - - - - - - X

**Detention Order**

08 Cr. 370 (JBW)

       Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Greg D. Andres, the defendant Julian Tzolov's bail is hereby revoked and he is ordered detained.

Dated:    Brooklyn, New York
          ~~June 10~~, 2009
          July 21

                                                _____
                                               HONORABLE JACK B. WEINSTEIN
                                               UNITED STATES DISTRICT JUDGE
                                               EASTERN DISTRICT OF NEW YORK